IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:20-CV-470-BO

| | |
|---|---|
| HARI HARA PRASAD NALLAPATY; UTS HOLDINGS, LLC; and JUSTH HOLDINGS, LLC, | ) ) ) ) |
| Plaintiffs, | ) ) ) |
| v. | ) ORDER ) |
| VAMSI MOHAN NALLAPATI; NALLAPATI PROPERTIES LLC; VINAY BHARADWAJ; and ROHIT GANGWAL, | ) ) ) ) ) |
| Defendants. | ) |

This cause comes before the Court on a motion to dismiss filed by defendants Vamsi Nallapati and Nallapati Properties [DE 17]. As an amended complaint has been filed, [DE 45], the motion to dismiss the original complaint is appropriately DENIED AS MOOT. *See Fawzy v. Wauquiez Boats SNC*, 873 F.3d 451, 455 (4th Cir. 2017) (amended complaint "renders original complaint of no effect.") (internal quotation and citation omitted).

SO ORDERED, this ____ day of August, 2021.

TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE