UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
CASE NO. 5:20-CV-00470-BO

HARI HARA PRASAD NALLAPATY;
UTS HOLDINGS, LLC; and JUSTH
HOLDINGS, LLC,

    Plaintiffs,

v.

VAMSI MOHAN NALLAPATI;
NALLAPATI PROPERTIES LLC;
VINAY BHARADWAJ; and ROHIT
GANGWAL,

    Defendants.

**ORDER**

This matter comes before the Court on all parties' joint motion to dismiss Defendants Vinay Bharadwaj and Rohit Gangwal from this case without prejudice, pursuant to Federal Rule of Civil Procedure 21, filed in this action on October 19, 2022. Having reviewed and considered the parties' joint motion and supporting memorandum of law, the Court GRANTS the motion and Defendants Vinay Bharadwaj and Rohit Gangwal are DISMISSED WITHOUT PREJUDICE. The motion for summary judgment filed by Defendants Vinay Bharadwaj and Rohit Gangwal (DE 148) is therefore MOOT.

SO ORDERED, this the 21 day of October, 2022.

Terrence W. Boyle
United States District Judge