UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
CASE NO. 5:20-CV-00470-BO

HARI HARA PRASAD NALLAPATY;
UTS HOLDINGS, LLC; and JUSTH
HOLDINGS, LLC,

        Plaintiffs,

v.

VAMSI MOHAN NALLAPATI;
NALLAPATI PROPERTIES LLC;
VINAY BHARADWAJ; and ROHIT
GANGWAL,

        Defendants.

**ORDER**

This matter comes before the Court on the parties' joint motion pursuant to Rule 611(a) of the Federal Rules of Evidence to allow use of certain technology in the courtroom during trial, filed in this action on April 11, 2023. Having reviewed and considered the parties' joint motion, the Court GRANTS the motion. The parties shall be allowed to use the technology set out in their joint motion to aid them in presenting their cases during trial, provided they bring any such technology with them to trial.

SO ORDERED, this the 21 day of April, 2023.

*Terrence Boyle*
Terrence W. Boyle
United States District Judge