UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:20-CV-00470-BO

HARI HARA PRASAD NALLAPATY; UTS
HOLDINGS, LLC; and JUSTH HOLDINGS,
LLC,

                 Plaintiffs,

v.

VAMSI MOHAN NALLAPATI; and
NALLAPATI PROPERTIES LLC,

                 Defendants.

**VERDICT FORM**

We, the jury, return as our unanimous verdict the following answers to the issues submitted:

**Issue #1:**     Did a partnership exist between Prasad Nallapaty and Vamsi Nallapati?

YES   ✓  

NO         

**Issue #2:**     If you answered "Yes," what amount of damages is Prasad Nallapati entitled to recover from Vamsi Nallapati?

$ 490,000

So say we all, this 10th day of May, 2023.

<span style="color:red">**REDACTED VERSION**</span>
<span style="color:red">Pursuant to the E-Government Act and the federal rules, the unredacted version of this document has been filed under seal.</span>