UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| HARI HARA PRASAD NALLAPATY, ) <br> UTS HOLDINGS, LLC, and ) <br> JUSTH HOLDINGS, LLC, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> VAMSI MOHAN NALLAPATI and NALLAPATI ) <br> PROPERTIES, LLC, ) <br> ) <br> Defendants. ) <br> ) | **AMENDED** <br> **JUDGMENT** <br><br> 5:20-CV-470-BO |

Decision by Jury Verdict.

**JURY VERDICT.** This action came before the Court for trial by jury. The issues have been tried and the jury rendered its verdict on May 10, 2023.

**IT IS ORDERED, ADJUDGED AND DECREED** that a partnership did exist between Prasad Nallapaty and Vamsi Nallapati.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that Prasad Nallapaty is entitled to recover $490,000.00 from Vasmi Nallapati.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that Plaintiff is entitled to (1) prejudgment interest accruing on $490,000 at eight percent from September 2, 2020, until June 15, 2023, and (2) postjudgment interest accruing on $490,000 plus prejudgment interest at 4.72% from May 10, 2023, until June 15, 2023.

This case is closed.

**This judgment filed and entered on May 10, 2023, and served on:**
Charles Coble (via CM/ECF NEF)
Clinton Morse (via CM/ECF NEF)
William Robertson (via CM/ECF NEF)
Jessica Thaller-Moran (via CM/ECF NEF)
Christopher Edwards (via CM/ECF NEF)
Deanna Anderson (via CM/ECF NEF)
Heather Adams (via CM/ECF NEF)
Kirk Parry, Jr. (via CM/ECF NEF)

Jonah Garson (via CM/ECF NEF)

October 6, 2023

PETER A. MOORE, JR., CLERK

_/s/ Lindsay Stouch_
By: Deputy Clerk